## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 26th day of September, 2005, I caused a true and correct copy of the **Stipulation of Voluntary Dismissal**, to be served upon the parties listed below in the manner indicated.

### VIA U.S. MAIL

JOHN R. FRAWLEY, JR.
John R. Frawley, Jr.
P.O. Box 101493
Irondale, AL 35210-6493

_____
Mary E. Augustine (No. 4477)

600464v1